IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., STARR CULPEPPER, et al.<br><br>Plaintiff<br><br>v.<br><br>BIRMINGHAM JEFFERSON COUNTY TRANSIT AUTHORITY, et al.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION CASE NUMBER:<br>)   2:18-cv-00567-RDP<br>)<br>)<br>) |

SUMMONS IN A CIVIL ACTION

To:  Barbara Murdock
     3508 17th Avenue N
     Birmingham, Alabama 35234-2208

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:   Mr. Larry A. Golston, Jr.
                                              Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                                              Post Office Box 4160
                                              Montgomery, Alabama 36103-4160

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**   You also must file your answer or motion with the court.

DATE: 4/4/19

SHARON N. HARRIS, CLERK

By:
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., STARR CULPEPPER, et al.<br><br>Plaintiff<br><br>v.<br><br>BIRMINGHAM JEFFERSON COUNTY TRANSIT AUTHORITY, et al.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION CASE NUMBER:<br>)  2:18-cv-00567-RDP<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: Patrick Sellers
2928 Dowell Avenue SW
Birmingham, Alabama 35211-4514

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:  Mr. Larry A. Golston, Jr.
                                    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                                    Post Office Box 4160
                                    Montgomery, Alabama 36103-4160

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 4/4/19

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA, )
ex rel., STARR CULPEPPER, et al. )
                                  )
            Plaintiff             )
                                  )
     v.                           )
                                  ) CIVIL ACTION CASE NUMBER:
BIRMINGHAM JEFFERSON COUNTY       ) 2:18-cv-00567-RDP
TRANSIT AUTHORITY, et al.         )
            Defendant.            )

SUMMONS IN A CIVIL ACTION

To: Alice M. Gordon
    3720 4th Avenue S
    Birmingham, Alabama 35222-2420

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:   Mr. Larry A. Golston, Jr.
            Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
            Post Office Box 4160
            Montgomery, Alabama 36103-4160

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 4/4/19

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ex rel., STARR CULPEPPER, et al. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> BIRMINGHAM JEFFERSON COUNTY ) <br> TRANSIT AUTHORITY, et al. ) <br> Defendant. ) | CIVIL ACTION CASE NUMBER: <br> 2:18-cv-00567-RDP |

### SUMMONS IN A CIVIL ACTION

To: Edmond V. Watters
   4959 Coshatt Drive
   Hoover, Alabama 35244-2402

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:   Mr. Larry A. Golston, Jr.
   Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
   Post Office Box 4160
   Montgomery, Alabama 36103-4160

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 4/4/19

SHARON N. HARRIS, CLERK
By: _____
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

7015 1730 0002 4394 0226

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ex rel., STARR CULPEPPER, et al. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION CASE NUMBER: |
| BIRMINGHAM JEFFERSON COUNTY ) | 2 :18-cv-00567-RDP |
| TRANSIT AUTHORITY, et al. ) | |
| Defendant. ) | |

**SUMMONS IN A CIVIL ACTION**

To:  Skye Connect, Inc.
     Alice M. Gordon – Registered Agent
     5304 Promenade Dr
     Trussville, Alabama 35173

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:   Mr. Larry A. Golston, Jr.
     Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
     Post Office Box 4160
     Montgomery, Alabama 36103-4160

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 4/4/19

SHARON N. HARRIS, CLERK
By:
Deputy Clerk
(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

7013 6600 0000 7070 1341

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>ex rel., STARR CULPEPPER, et al.  )<br>                                                           )<br>                          **Plaintiff**     )<br>                                                           )<br>          v.                                            )<br>                                                           )   **CIVIL ACTION CASE NUMBER:**<br>BIRMINGHAM JEFFERSON COUNTY  )   **2 :18-cv-00567-RDP**<br>TRANSIT AUTHORITY, et al.              )<br>                          **Defendant.**    ) | |

**SUMMONS IN A CIVIL ACTION**

To:  Wendel Architecture, P.C.
     Corporation Service Company, Inc. – Registered Agent
     641 South Lawrence Street
     Montgomery, Alabama 36104

A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:     Mr. Larry A. Golston, Jr.
                                    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                                    Post Office Box 4160
                                    Montgomery, Alabama 36103-4160

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**  You also must file your answer or motion with the court.

DATE: __4/4/19__                                SHARON N. HARRIS, CLERK

                                                By: _____
                                                Deputy Clerk

                                                (SEAL OF COURT)


                                                NORTHERN DISTRICT OF ALABAMA
                                                1729 5th Avenue North
                                                Birmingham, Alabama 35203

7013 0600 0000 7070 1187

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ex rel., STARR CULPEPPER, et al. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> BIRMINGHAM JEFFERSON COUNTY ) <br> TRANSIT AUTHORITY, et al. ) <br> Defendant. ) | CIVIL ACTION CASE NUMBER: <br> 2:18-cv-00567-RDP |

## SUMMONS IN A CIVIL ACTION

To:  Strada Professional Services, LLC
    Edmond Watters – Registered Agent
    1500 1st Avenue N
    Suite D 138
    Birmingham, Alabama 35203-1869

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:   Mr. Larry A. Golston, Jr.
           Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
           Post Office Box 4160
           Montgomery, Alabama 36103-4160

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**  You also must file your answer or motion with the court.

DATE:  4/4/19

SHARON N. HARRIS, CLERK
By: _____
Deputy Clerk
(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel., STARR CULPEPPER, et al.<br><br>         Plaintiff<br><br>v.<br><br>BIRMINGHAM JEFFERSON COUNTY<br>TRANSIT AUTHORITY, et al.<br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION CASE NUMBER:<br>)  2:18-cv-00567-RDP<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: Birmingham Jefferson County Transit Authority
    Theodore Smith – Chairman of the Board
    2121 Rev. Abraham Woods, Jr. Blvd.
    Suite 500
    Birmingham, Alabama 35203

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:   Mr. Larry A. Golston, Jr.
            Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
            Post Office Box 4160
            Montgomery, Alabama 36103-4160

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 4/4/19

SHARON N. HARRIS, CLERK
By: _____
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203