CERTIFIED MAIL

Court Clerk
District Court
Courthouse
nue North
bama 35203

7013 0600 0000 7070 0944

REASON CHECKED
Received Unsealed
Received Damaged
Received w/o Contents
 ed w/o Postage
  Condition

SECURITY
APR 15 2019
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Barbara Murdock
3508 17th Avenue N
Birmingham, Alabama 35234-2208

NIXIE    326  DC 1         0004/09/19
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

BC: 35203203799    2247N099110-01607

NEOPOST
FILED
2019 Apr-17 PM 05:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

